Yana A. Hart, Esq. (SBN: 306499)
yana@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:   (619) 233-7770
Facsimile:   (619) 297-1022

*Attorneys for Plaintiff,*
Florence Morris

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| FLORENCE MORRIS, <br><br> Plaintiff, <br><br> v. <br><br> SUNRISE CREDIT SERVICES, INC., <br><br> Defendant. | **Case No.: 3:17-cv-02075-LAB-JMA** <br><br> **JOINT MOTION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE** <br><br> **HON. JAN M. ADLER** |
|---|---|

   Plaintiff FLORENCE MORRIS (hereinafter "Plaintiff"), Defendant SUNRISE CREDIT SERVICES, INC., (hereinafter "Defendant"), (all jointly hereinafter referred to as "the Parties"), hereby move to dismiss the above entitled action without prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii).

   WHEREFORE, the Parties respectfully request that this Court dismiss this action without prejudice.

Dated: February 9, 2018　　　　　　　　**HYDE & SWIGART**

By: s/Yana A. Hart, Esq.
　　Yana A. Hart
　　*Attorney for Plaintiff*

**CARLSON & MESSER LLP**

Dated: February 9, 2018

By: s/David J. Kaminski
　　David J. Kaminski
　　*Attorney for Defendant*

## Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to David J. Kaminski, counsel for the Defendant, and that I have obtained his authorization to affix his electronic signature to this document.

Dated: February 9, 2018

**HYDE & SWIGART**

By: s/Yana A. Hart, Esq.
Yana A. Hart
*Attorney for Plaintiff*