UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORENCE MORRIS,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>SUNRISE CREDIT SERVICES, INC.,<br><br>　　　　　　　　Defendant. | Case No.: 17cv2075-LAB (JMA)<br><br>**ORDER OF DISMISSAL** |

The joint motion to dismiss (Docket no. 12) is **GRANTED**.  Pursuant to Fed. R. Civ. P. 41(a), this action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Dated:  February 15, 2018

_____
Hon. Larry Alan Burns
United States District Judge